## UNITED RUBBER, CORK, LINOLEUM & PLASTIC WORKERS OF AMERICA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.

No. 316.   Decided April 4, 1960.

*Garnet L. Patterson* and *Arthur J. Goldberg* for petitioners.

*Solicitor General Rankin, Stuart Rothman, Thomas J. McDermott, Dominick L. Manoli* and *Norton J. Come* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment of the United States Court of Appeals for the Fourth Circuit is reversed. *National Labor Relations Board* v. *Drivers, Chauffeurs, Helpers, Local Union No. 639, ante,* p. 274.